86 A.3d 230

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Nathan COOLEY, III, Petitioner.**

Supreme Court of Pennsylvania.

Feb. 26, 2014.

404

## ORDER

PER CURIAM.

**AND NOW,** this 26th day of February, 2014, the Petition for Allowance of Appeal is **GRANTED.** The issues, as presented by petitioner, are rephrased for clarity as the single, general issue:

> Whether there was custodial interrogation, such that the failure to issue *Miranda* warnings violated petitioner's Fifth Amendment rights, requiring suppression of statements made.